## SAM GIVENS v. THE STATE.

Submitted March 6, — Decided March 15, 1899.

Indictment for riot.   Before Judge Winn.   City court of
Gwinnett.   December term, 1898.

*R. W. Peeples* and *Oscar Brown,* for plaintiff in error.
*F. F. Juhan, solicitor,* contra.

---

## JIM GIVENS v. THE STATE.

COBB, J.   This case is controlled by the decision this day rendered in the
case of *Sam Givens* v. *State.*
                     *Judgment affirmed.   All the Justices concurring.*

Submitted March 6, — Decided  March 15, 1899.

Indictment for riot. Before Judge Winn. City court of Gwinnett. December term, 1898.

*R. W. Peeples* and *Oscar Brown*, for plaintiff in error.
*F. F. Juhan, solicitor,* contra.